United States District Court
Eastern District of Michigan
Southern Division

United States of America,

    Plaintiff,

v.

D-2 Suresh Reddy Kandala,

    Defendant.

Criminal No. 19-cr-20026

Hon. Gershwin A. Drain

**Preliminary Order of Forfeiture**

Based on the Indictment, the Fourth Forfeiture Bill of Particulars, Defendant's guilty plea, the United States' Application for Entry of Preliminary Order of Forfeiture, and other information in the record, and pursuant to 18 U.S.C. § 982(a)(6) and 18 U.S.C. § 981(a)(1)(C) together with 28 U.S.C. § 2461(c), **IT IS HEREBY ORDERED AND ADJUDGED THAT**:

Defendant Suresh Reddy Kandala ("Defendant") shall forfeit to the United States any property involved in his violation of Count One of the Indictment in violation of 18 U.S.C. § 371 pursuant to 18 U.S.C. § 982(a)(6) and/or 18 U.S.C. § 981(a)(1)(C), together with 28 U.S.C. § 2461(c).

A forfeiture money judgment is granted and entered against Defendant in favor of the United States in the amount of $3,000, which is an amount that

constitutes, or was derived from, gross proceeds obtained, directly or indirectly, from Defendant Kandala's violation of Count One of the Indictment.

The money judgment may be satisfied, to whatever extent possible, from any property owned or under the control of Defendant. To satisfy the money judgment, any assets that Defendant has now, or may later acquire, may be forfeited as substitute assets under 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b), up to the value of the forfeitable property.

THIS COURT FURTHER ORDERS that this Preliminary Order of Forfeiture shall become final as to Defendant at sentencing, be made part of Defendant's sentence and included in his Judgment.

THIS COURT FURTHER ORDERS, pursuant to Federal Rule of Criminal Procedure 32.2(e), that it retains jurisdiction to enforce this Preliminary Order of Forfeiture and to amend it as necessary, to include increasing the forfeiture money judgment amount if the court determines at sentencing that Defendant obtained more than $3,000 as a result of his violation of Count One of the Indictment.

**IT IS SO ORDERED.**

Dated: 9/5/2019       s/Gershwin A. Drain
                                        HONORABLE GERSHWIN A. DRAIN
                                        United States District Court Judge